**Complete and Mail To:**
Neil H. Greenberg & Associates, P.C.
900 Merchants Concourse, Suite 314
Westbury, New York 11590
(516) 228-5100
(516) 228-5106 (Fax)

## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I have been employed by <u>Force One International Security & Consult Firm Inc.</u> as a <u>security</u> within the past three (3) years and that I worked more than forty (40) hours in at least one week and was not paid overtime, and I was not paid any wages for at least one week of work. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. section 201 et seq.

I hereby designate Neil H. Greenberg & Associates, P.C. (Plaintiffs' Counsel) and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

*April 8, 2014*
Date:

*Taisha Colon*
Signature

Taisha D. Colon
Print Name

Redacted
Address

Redacted
City, State, Zip Code

Redacted
Telephone Number(s)

Redacted
Email address

10/22/2006 - 03/31/2014
Dates of Employment

*Statute of Limitations concerns mandate that you return this
form as soon as possible to preserve your rights.*